IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMMIE ARLENE O'BRIEN,

        Plaintiff,                    No.  6:13-cv-01092-ST

     v.

COMMISSIONER OF SOCIAL                ORDER
SECURITY ADMINISTRATION

        Defendant.

HERNANDEZ, District Judge:

      Magistrate Judge Stewart issued a Findings and Recommendation (#23) on October 7, 2014, in which she recommends that this Court affirm the decision of the Commissioner of the Social Security Administration and dismiss this case.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 - ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation (#23). Accordingly, this case is dismissed.

IT IS SO ORDERED.

DATED this 13 day of Nov, 2014.

*/s/ Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge
